## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. EMILIANO CAMPOS ROMERO a/k/a EMILIANO CAMPOS a/k/a EMILIANO ROMERO CAMPOS, an individual, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | Case No. 15-CV-00146-GKF-FHM |
| 2. FARMERS INSURANCE COMPANY, INC., a Foreign Insurance Company; and/or | ) ) ) ) | |
| 3. FARMERS INSURANCE COMPANY, INC., OLATHE, KANSAS, a Foreign Insurance Company; and/or | ) ) ) ) | |
| 4. FARMERS INSURANCE EXCHANGE, a Foreign Insurance Corporation; and/or | ) ) ) | |
| 5. TRUCK INSURANCE EXCHANGE, a Foreign Insurance Corporation; and/or | ) ) ) | |
| 6. MID-CENTURY INSURANCE COMPANY, a Foreign Corporation; and/or | ) ) ) | |
| 7. FARMERS GROUP, INC., a Foreign Insurance Corporation; and/or | ) ) ) | |
| 8. FARMERS INSURANCE COMPANY, a Foreign Insurance Company, | ) ) ) | |
| 9. JOHN DOE 1, an Insurance Company and/or | ) ) | |
| 10. JOHN DOE 2, an Insurance Company, | ) ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff and Defendants, Farmers Insurance Company, Inc., Farmers Insurance

Company, Inc., Olathe, Kansas, Farmers Insurance Exchange, Truck Insurance Exchange, Mid-Century Insurance Company, Farmers Group, Inc., Farmers Insurance Company, John Doe 1, an Insurance Company, and John Doe 2, an Insurance Company, hereby stipulate to the dismissal with prejudice of the above styled and numbered cause of action.

Respectfully submitted,

TAYLOR, RYAN, MINTON, VAN DALSEM & WILLIAMS, P.C.

By s/Robert Taylor
   ROBERT TAYLOR- OBA # 8879
   ASHLEY M. BIBB - OBA #17465
   1080 Boulder Towers
   1437 South Boulder Avenue
   Tulsa, Oklahoma 74119-3640
   (918) 749-5566 Telephone
   (918) 749-9531 Facsimile

Attorney for Defendants

and

ZURAWIK LAW FIRM

By s/Jack Zurawik
   JACK ZURAWIK - OBA #11588
   P. O. Box 35346
   Tulsa, Oklahoma 74133
   (918) 664-1113 Telephone
   (918) 622-2752 Facsimile

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the ___6th___ day of July, 2015, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jack Zurawik
Zurawik Law Firm
P. O. Box 35346
Tulsa, OK 74153-0346

                                                    S/Robert Taylor
                                                    ROBERT TAYLOR

mbc